AO 91 (Rev. 11/11) Criminal Complaint    SAUSA Sarah Finch (312) 353-5305



FILED
4/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JASON W. PANIAGUA

CASE NUMBER: 25CR191

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

On or about March 27, 2025, at Chicago, IL, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18 United States Code, Section 2113(a) | By intimidation, took from the person and presence of a bank employee approximately $340 in United States currency belonging to, and in the care, custody, control, management and possession of Citibank, 69 W. Washington Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

### COUNT TWO

On or about April 8, 2025, at Chicago, IL, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18 United States Code, Section 2113(a) | By intimidation, took from the person and presence of a bank employee approximately $100 in United States currency belonging to, and in the care, custody, control, management and possession of Citibank, 69 W. Washington Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

/s/ Alex Stadheim (MDW w/ permission)

ALEX STADHEIM
Special Agent, Federal Bureau of Investigation
(FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: April 9, 2025      11:55am

*M. David Weisman*
*Judge's signature*

City and state: Chicago, Illinois

M. DAVID WEISMAN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, ALEX STADHEIM, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for eight years.  My current responsibilities include the investigation of violent crimes, including, among others, kidnapping, bank robbery, and the apprehension of violent fugitives.

2.      This affidavit is submitted in support of a criminal complaint alleging that JASON W. PANIAGUA has violated Title 18 United States Code, Section 2113(a).  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging PANIAGUA with bank robbery, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, information that appears in law enforcement records, interviews of witnesses, my review of surveillance videos and images, my training and experience, and the experience of other law enforcement agents.

## I. FACTS SUPPORTING PROBABLE CAUSE

### A. Summary of Probable Cause

4.    In summary, and as described further below, based on surveillance video and images, witness interviews, and law enforcement's investigation, there exits probable cause to believe that on March 27, 2025, and April 8, 2025, JASON W. PANIAGUA robbed the Citibank located at 69 W. Washington Street in Chicago, Illinois. Law enforcement identified PANIAGUA after the first robbery through surveillance video and interviews with those he encountered after the robbery, including a cab driver. On April 8, 2025, PANIAGUA was arrested immediately following the second robbery and confessed to the second robbery.

### B. March 27, 2025 Robbery of the Citibank

5.    According to still images from Citibank, on March 27, 2025, at approximately 12:39 p.m., an individual later identified as JASON W. PANIAGUA, robbed the Citibank Bank located at 69 W. Washington Street in Chicago, Illinois. PANIAGUA wore sunglasses, a black hat, a white face covering, a white hooded sweatshirt, a gray long sleeve shirt, a blue polo shirt, dark blue pants, and gray shoes. Photos taken from surveillance video at the Citibank are provided below:






### 1.    Account of Victim Teller 1

6.      According to Victim Teller 1, PANIAGUA entered the bank through the main doors on the east side of the bank and approached Victim Teller 1.  Victim Teller 1 asked how s/he could assist him.  PANIAGUA said words to the effect of, "Give me everything in the top drawer, you've got three seconds to give me everything." Victim Teller 1 immediately understood PANIAGUA's demand to indicate the bank was being robbed. PANIAGUA tapped his right hand on the

counter, which Victim Teller 1 interpreted to mean he was holding something or wanted to show him/her something. Victim Teller 1 refused to look down at his right hand on the counter because s/he did not want to see what he was holding. Victim Teller 1 was afraid it might be a firearm.

7.      According to Victim Teller 1, s/he tried to access the cash in his/her teller drawer. PANIAGUA told him/her that s/he was taking too long and needed to act more quickly. Victim Teller 1 replied with words to the effect of, "I'm nervous, give me a second." PANIAGUA demanded 100- and 50-dollar bills. Victim Teller 1 tried to access his/her lower drawer, which contained larger bills, knowing s/he did not have much money in the top, but PANIAGUA instructed him/her not to reach for the lower drawer.

8.      According to Victim Teller 1, s/he took what cash was available in the top drawer and tossed it to PANIAGUA across the counter. PANIAGUA asked how much money it was, and Victim Teller 1 replied that s/he did not know. PANIAGUA then turned and walked slowly toward the door while possibly counting the money. Victim Teller 1 activated the silent alarm. According to a bank audit, PANIAGUA received approximately $340. The Citibank deposits were insured by the Federal Deposit Insurance Corporation at the time of the robbery.

9.      According to Victim Teller 1, PANIAGUA exited on foot to Dearborn Street, walked north on Dearborn Street to the corner of the bank, then turned and walked west on Washington Street.

4

### 2. Surveillance Photos

10.     Surveillance cameras captured PANIAGUA walking west on Washington Street and continuing south on Clark Street.

11.     Surveillance cameras captured PANIAGUA go inside a synagogue, discard his dark blue pants and emerge with different colored pants. Law enforcement recovered the discarded pants on the ground outside of 16 North Clark Street on March 27, 2025.[1]



12.     Law enforcement recovered a blue shirt and black hat, matching the blue shirt and black hat worn by PANIAGUA during the robbery, from the ground near the doors of 77 West Washington Street on March 27, 2025. Based on the surveillance photos of the robbery below, I believe PANIAGUA wore the blue shirt inside out during the bank robbery.

---

[1] Pictures of the subject emerging with different pants were taken from the reviewed surveillance cameras located at 20 S. Clark Street. The security company is working on providing the original video due to their servers being down at the time of review.



13. Surveillance video captured PANIAGUA continue south on Clark Street wearing light blue pants and a grey suitcoat and then turn west on Monroe Street at approximately 12:44 p.m. From a distance, a camera captured PANIAGUA enter a Yellow Cab at approximately 12:46 p.m. The cab was identified by surveillance cameras as cab number 304.





14.     The trip details and GPS coordinates of Yellow Cab #304 near Clark and Monroe Street detailed a pickup on March 27, 2025, at 12:46 p.m. at 120 W. Monroe Street and drop-offs near Harvey and South Holland, Illinois.

### 3.     Account of Driver of Yellow Cab #304

15.     According to the cab driver of Yellow Cab #304, on March 27, 2025, at approximately 12:45 p.m., approximately six minutes after the bank robbery, the cab driver was driving east on Monroe Street, when a hotel doorman near 122 W. Monroe Street flagged down the cab driver. The doorman opened the door for a white male (passenger), who the cab driver described as approximately 6'0" tall, approximately 50 years of age, wearing a white long sleeve shirt. The passenger was not wearing a mask or sunglasses and did not have a bag with him.

16.     According to the cab driver, the passenger asked the cab driver to drive him to Lansing, Illinois, and they agreed on a flat rate of $60, which the passenger paid with three $20 bills.

17.     According to the interior and exterior video from Yellow Cab #304, a passenger, later identified as PANIAGUA, entered the cab at approximately 12:46 p.m. The recording shows PANIAGUA counting money, which he shows to the cab driver. PANIAGUA can be heard telling the cab driver that he has a lot of cash.



18.     According to the cab driver, at PANIAGUA's direction, s/he drove south on Clark, west on Congress, got onto the I-90 Dan Ryan, then I-57, and got off at147th Sibley Boulevard. The cab driver then stopped at a liquor store near 154th and Broadway in Harvey, Illinois. The cab driver recalled the door said "15401" on it. The cab driver identified a Google image of One Stop Food & Liquor, located at 168 East 154th Street in, Harvey, Illinois, as the liquor store where he had stopped.

19.     According to the cab driver, PANIAGUA asked the cab driver to wait for him. PANIAGUA went into the liquor store and came out with a small bag. PANIAGUA was gone approximately five to ten minutes. PANIAGUA asked the cab driver to drive him to Lansing, Illinois, and paid the cab driver another $10 with two $5 bills.

20.     According to the cab driver, PANIAGUA directed the cab driver to a motel approximately one-mile past Halsted Street, which the cab driver identified as the Starlite Motel, located at 466 West 162nd Street in South Holland, Illinois.

21.     PANIAGUA said he was meeting someone and asked the cab driver to wait for him. PANIAGUA went inside the motel and came back to the cab

8

approximately ten minutes later. PANIAGUA said he changed his mind and was not going to Lansing, Illinois anymore. The cab driver left PANIAGUA at the motel and drove back to Chicago, Illinois.

22. Yellow Cab #304 video contained interior and exterior cameras which corroborated the cab driver's account of the route. According to the recording, PANIAGUA explained to the cab driver that he was from New York and owned a lot of properties in Chicago and he needed to make some stops to "pick up rent."

### 4. One Stop Food & Liquor

23. On March 27, 2025, video at One Stop Food & Liquor captured PANIAGUA entering the store and making a purchase with cash, as detailed above.



24. Video shows that PANIAGUA then exited One Stop Food & Liquor and re-entered Yellow Cab #304, which was waiting outside for PANIAGUA.

25. On March 28, 2025, an employee of One Stop Food & Liquor identified the individual who entered One Stop Food & Liquor from Yellow Cab #304 on March 27, 2025 as "Cracker Jack." The employee did not know "Cracker Jack's" real name.

### 5. Starlite Motel Video

26. Video from the Starlite Motel captured PANIAGUA enter the Starlite Motel on March 27, 2025 at approximately 1:37 p.m., check-in, and stay the night in

a room. According to the Starlite Motel owner, the motel does not require a guest to show identification when checking in, rather, they sign-in on the guest login sheet. PANIAGUA signed in using the name "Joseph A. Diniggued." Starlite Motel surveillance captured the following images:



### C.      Harvey Police Department Identification

27.    On March 28, 2025, at approximately 5:19 p.m., the FBI received a call from the owner of One Stop Food & Liquor who stated s/he had just seen the individual the FBI was inquiring about at the store. Surveillance video from the store showed a person who resembles PANIAGUA at the store at approximately 5:19 p.m. on March 28, 2025:



28.     The FBI contacted the Harvey Police Department ("HPD") and shared a photo of the bank robber from the bank surveillance footage. HPD officers arrived at One Stop Food & Liquor, but the individual was gone. At approximately 9:30 p.m. on March 28, 2025, HPD contacted the FBI again and stated they received another call from the owner stating that the individual was back at the store. Two HPD officers stopped the individual who matched the description at the PACE bus stop located at 15338 Park Avenue in Harvey. HPD officers conducted an interview of the individual, who self-identified as JASON W. PANIAGUA.[2]

**D.      FBI Identification**

29.     The following facts have led me to conclude PANIAGUA is the person who committed the robbery on March 27, 2025. First, I have reviewed photographs from PANIAGUA's Chicago Police Department arrest photo (December of 2022), driver's license photo (issued April of 2019), Lansing Police Department Body Worn Camera footage (August of 2022), and Homewood Police Department Body Worn Camera footage (September of 2024 and November of 2024), and concluded that PANIAGUA is the person in the bank robbery surveillance video on March 27, 2025.

30.     Additionally, the bank robbery video depicts PANIAGUA wearing a sweatshirt with the letter "MY" near the neckline. The Starlite Motel video depicts PANIAGUA wearing a sweatshirt with the same lettering:

---

[2] HPD officers did not turn on their body worn camera during the interaction.



31. The bank robbery video also depicts PANIAGUA wearing grey colored shoes with white soles. The Starlite Motel video depicts PANIAGUA wearing the same shoes:



32. PANIAGUA was arrested by the Homewood Police Department on November 19, 2024. In the body-worn camera footage, PANIAGUA identifies himself as JASON PANIAGUA and PANIAGUA has a noticeable scar on the right side of his forehead.



33.    This scar is also noticeable in PANIAGUA's arrest booking photo, dated

December 9, 2022:



34.    The same scar is visible on Starlite Motel surveillance images:



**E.    Citibank Robbery April 8, 2025**

35.    According to still images from Citibank, on April 8, 2025, at approximately 10:10 a.m., an individual later identified as JASON W. PANIAGUA, again robbed the Citibank Bank located at 69 W. Washington Street in Chicago. PANIAGUA wore sunglasses, a gray face covering, a black hat, a white hooded sweatshirt, and dark pants. Photos of PANIAGUA at the Citibank are provided below:

 

**1.    Account of Bank Teller**

36.    According to a bank teller, PANIAGUA entered the bank using the doors on Dearborn Street and approached the teller window. After the robbery on March 27, 2025, photos of the bank robber had been distributed to bank employees. The bank

14

teller was standing behind the teller window and immediately recognized the person who entered the bank on April 8, 2025, as the bank robber from March 27, 2025. The bank teller specifically recognized the sunglasses. The bank teller hit the silent alarm and left her station to tell her superiors.

### 2. Accounts of Victim Tellers 1 & 2

37. According to Victim Teller 1, PANIAGUA then moved to another teller line and approached Victim Teller 1 who was standing next to Victim Teller 2. Victim Teller 1 asked how s/he could assist PANIAGUA. PANIAGUA stated, "Give me all your money, you have three seconds" and started counting down. Victim Teller 2 opened the drawer and PANIAGUA told Victim Teller 2 s/he had three seconds. Victim Teller 2 handed over a bunch of five-dollar bills.

38. According to Victim Teller 1, PANIAGUA said he knew the bank had more money. Victim Teller 1 then said they did not have more money because the branch had just opened. Victim Teller 2 stated they had coins if he wanted coins.

39. According to Victim Teller 1, PANIAGUA had a cardboard toilet paper roll in his right hand acting as if it was a firearm. PANIAGUA then took the cash and exited, using the door on Dearborn Street, and walked west on Washington Street.

40. According to Victim Teller 1, PANIAGUA's mask partially fell down, but Victim Teller 1 did not get a good look at his face.

41. According to Victim Teller 2, Victim Teller 2 was working the window along with Victim Teller 1 when PANIAGUA approached. Victim Teller 2 also

recognized PANIAGUA as the person who robbed the bank on March 27, 2025, from photos of the bank robber distributed to employees.

42.     According to Victim Teller 2, PANIAGUA said to give him all the money in the drawers.  PANIAGUA placed his hand in his hoodie implying he had a weapon. Victim Teller 2 saw that it was a paper towel roll.

43.     According to Victim Teller 2, Victim Teller 2 opened the drawer and gave him a bundle of five-dollar bills, Victim Teller 2 knew the total was $100. PANIAGUA counted the money and asked for more at which point another bank employee stated they just opened. Victim Teller 2 then stated he could get money out of the machine, but it would take a while.

44.      According to Victim Teller 2, PANIAGUA then left the bank. Victim Teller 2 recalled PANIAGUA being over six feet tall, over fifty years of age, had dirty teeth that needed work, wearing large rainbow-colored sunglasses and two hooded sweatshirts.

### 3.     Arrest of PANIAGUA

45.     The manager of the bank followed PANIAGUA as he exited the bank. The manager saw PANIAGUA enter a white cab. Chicago Police arrived at the bank shortly thereafter, and the manager pointed out the white cab, number 3731. Chicago Police pulled over the cab. The robber, in the back seat, and was detained and self-identified as JASON W. PANIAGUA. PANIAGUA had fifty dollars in five-dollar bills on him. Fifty dollars in five-dollar bills also were retrieved from the cab driver, who stated PANIAGUA had paid him in cash for the fare.

46.    Victim Teller 1 was taken to conduct a show-up but was unable to identify PANIAGUA as the robber.

47.    After PANIAGUA's arrest, Victim Teller 2 was taken to conduct a show-up. When Victim Teller 2 was approximately six meters away, Victim Teller 2 stated s/he was seventy to eighty percent sure it was the individual who robbed the bank. Victim Teller 2 asked to get closer to PANIAGUA, and then stated s/he recognized PANIAGUA's teeth and recognized PANIAGUA's voice. Victim Teller 2 asked what money PANIAGUA had on him, a Chicago Police Department officer said it was all five-dollar bills. Victim Teller 2 then said he was 100% certain PANIAGUA was the individual that robbed the bank earlier that day.

48.    On April 8, 2025, a photo-lineup was conducted with the Yellow Cab driver of cab #304, who identified PANIAGUA with 80 percent certainty.

49.    A light white/cream sweatshirt worn by the bank robber was recovered on the street near the curb at 20 North Clark Street, Chicago, Illinois shortly after the bank robbery.

### 4.    Interview of PANIAGUA

50.    On April 8, 2025, law enforcement conducted an audio and video recorded interview of PANIAGUA. PANIAGUA was read his Advice of Rights prior to the interview. PANIAGUA understood his rights and agreed to waive those rights. PANIAGUA stated, among other things:

a.    He robbed the Citibank located at 69 West Washington Street on April 8, 2025, at approximately 10:10 a.m. because he needed money. PANIAGUA

17

had lost his job at Wal-Mart. PANIAGUA arrived at the bank from Lansing, Illinois via Uber using a friends account. PANIAGUA did not have a phone.

      b.     PANIAGUA entered the bank and demanded money. PANIAGUA could not recall specifically what he said but he held an item in his right hand to make it look like he had a gun to get employees to comply. PANIAGUA received approximately $100 and fled the bank. PANIAGUA got into a taxi and was then caught. PANIAGUA wore a white sweatshirt but could not recall what he did with it, possibly he left it in the cab. PANIAGUA was shown a photo of the bank robber from April 8, 2025, PANIAGUA stated that was him (PANIAGUA) in the photo conducting the bank robbery.

      c.     PANIAGUA denied conducting the bank robbery on March 27, 2025, described above.

      d.     PANIAGUA was shown a photo of PANIAGUA at the Starlite Motel. PANIAGUA admitted it was him in the photo.

## II.   CONCLUSION

51.   Based on the information above, I respectfully submit that there is probable cause to believe that on or about March 27, 2025 and April 8, 2025, JASON W. PANIAGUA did, by intimidation, take from the person or presence of another, money, namely United States Currency, belonging to and in the care, custody, control, management, or possession of Citibank, the accounts of which are insured by the Federal Deposit Insurance Corporation in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

/s/ Alex Stadheim (MDW w/ permission)

ALEX STADHEIM
Special   Agent,   Federal   Bureau   of
Investigation

SWORN TO AND AFFIRMED BY telephone on April 9, 2025.

*M. David Weisman*

Honorable M. DAVID WEISMAN
United States Magistrate Judge